No. 88–7082. SOLON *v.* UNITED STATES. C. A. 5th Cir. Certiorari before judgment denied.

No. 88–963. CULBERSON *v.* VETERANS ADMINISTRATION, 490 U. S. 1034;

No. 88–1011. HARMAN ET AL. *v.* DOLE, SECRETARY OF LABOR, ET AL., 489 U. S. 1094;

No. 88–1517. DUNNING *v.* COMMISSIONER OF INTERNAL REVENUE, 490 U. S. 1047;

No. 88–6515. BRATHWAITE *v.* UNITED STATES, 490 U. S. 1048;

No. 88–6726. ASBERRY *v.* UNITED STATES POSTAL SERVICE ET AL., 490 U. S. 1037;

No. 88–6734. ADAMO *v.* HOTEL, MOTEL, BARTENDERS, COOKS & RESTAURANT WORKERS UNION LOCAL 24 ET AL., 490 U. S. 1037;

No. 88–6773. BARRON *v.* SALT LAKE CITY, UTAH, 490 U. S. 1049;

No. 88–6859. GONZALEZ *v.* DEPARTMENT OF THE NAVY, 490 U. S. 1050; and

No. 88–6934. REIDT *v.* UNITED STATES, 490 U. S. 1073. Petitions for rehearing denied.